■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MARCUS, Appellant. [801 NYS2d 908]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered June 12, 2003, convicting him of rape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied the effective assistance of counsel is without merit. The defendant failed to overcome the presumption that "counsel acted in a competent manner and exercised professional judgment" (*People v Rivera*, 71 NY2d 705, 709 [1988]; *see People v Taylor*, 1 NY3d 174, 177 [2003]; *People v Benevento*, 91 NY2d 708, 712 [1998]). A review of the record as a whole reveals that the defendant was afforded meaningful representation (*see People v Henry*, 95 NY2d 563, 564 [2000]; *People v Baldi*, 54 NY2d 137, 147 [1981]).

The defendant's remaining contention is unpreserved for appellate review, and in any event, does not warrant reversal. Florio, J.P., Luciano, Skelos and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY MATTIA, Appellant. [801 NYS2d 908]—Application by the appellant for a writ of coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 1, 2004 (*People v Mattia*, 8 AD3d 299 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered November 2, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*See Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277). Cozier, J.P., Krausman, Luciano and Spolzino, JJ., concur.